**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01455-CV

**VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, HUNTSMAN CORPORATION, HUNTSMAN INTERNATIONAL LLC, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., Appellant**

**V.**

**MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

## ORDER

Before the Court is appellants' January 22, 2020 unopposed emergency motion for extension of time to file their opening brief. We **GRANT** the motion. Appellants shall file their opening brief in this case not later than February 21, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE